IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GLENN L. COX,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation,<br><br>　　　　　Defendant. | CV 19-82- M-DLC-JCL<br><br>FINDINGS & RECOMMENDATION |

On May 21, 2019, Defendant BNSF Railway Company moved to dismiss pro se Plaintiff Glenn Cox's complaint for failure to state a claim for relief under Federal Rule of Civil Procedure 12(b)(6). (Doc. 8). Defendant argues dismissal is proper on several grounds, including that Plaintiff's claims are barred by the applicable statute of limitations. On June 3, 2019, Plaintiff filed a "Motion for Joinder to Dismiss with Prejudice" in which he joins Defendant's Rule 12(b)(6) motion. (Doc. 13). Because Plaintiff joins in Defendant's motion and agrees that this case should be dismissed for failure to comply with the applicable statute of limitations,

1

IT IS RECOMMENDED that Defendant's Rule 12(b)(6) motion be GRANTED and this case be DISMISSED with prejudice.

DATED this 7th day of June, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge