UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

GLENN L. COX,

                Plaintiff,

    vs.

BNSF RAILWAY COMPANY,

                Defendant.

Case No. CV-19-082-M-DLC

JUDGMENT IN A CIVIL CASE

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** Plaintiff's Complaint is DISMISSED with prejudice.

      Dated this 25th day of June, 2019.

                    TYLER P. GILMAN, CLERK

                    By: /s/ Annie Puhrmann
                    Annie Puhrmann, Deputy Clerk